UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**QUENTILLA DERIDRE LEWIS**

DEBTOR(S)

**BANKRUPTCY NO.**
**09-13461**
**SECTION "B"**
CHAPTER 13

## ORDER OF DISMISSAL

This matter was scheduled to come before the Honorable Jerry A. Brown on July 6, 2011 as a hearing on the motion of S.J. Beaulieu, Jr., Chapter 13 Trustee, to dismiss case **(P-44)**.

Proper notice having been given and no objection having been filed,

**IT IS ORDERED** that the motion is **GRANTED** and the case is **DISMISSED.**

**IT IS FURTHER ORDERED** that the stay resulting from the filing of the voluntary petition is **SET ASIDE AND VACATED.**

New Orleans, Louisiana, July 7, 2011.

_____
JERRY A. BROWN
BANKRUPTCY JUDGE